Case 15-11097-TPA    Doc 44    Filed 08/27/16    Entered 08/28/16 00:53:52    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
8/25/16 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ANDREW C. ELIASON : | CASE NO: 15-11097 -TPA |
| | MARCY J. ELIASON : | |
| | Debtors : | CHAPTER 13 |
| | : | |
| | : | DOCUMENT NO. 42 |
| | ANDREW C. ELIASON : | |
| | MARCY J. ELIASON : | |
| | Movants : | |
| | vs. : | |
| | : | |
| | NO RESPONDENT : | |

## AMENDED
## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above named Debtor has filed a Chapter 13 Petition and the Debtor having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this court, the entity from which the Debtor receives income:

FIVE STAR INTERNATIONAL
1810 S. 19th Street
Harrisburg, PA  17104

Shall deduct from that income the sum of $1,088.77 every two weeks (each pay period) beginning on the next pay day following receipt of this Order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of a vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to **Andrew C. Eliason**, and shall remit the deductible sums **ON AT LEAST A MONTHLY BASIS TO:**

**Ronda J. Winnecour
Chapter 13 Trustee, W. D. Pa.
P. O. Box 84051
Chicago, IL  60689-4002**

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's

full Social Security number on the above-named entity.  Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

       IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

       IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

       IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

       IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

Dated this __25th__ day of _____August_____, 2016.

_____vas
United States Bankruptcy Judge

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely
making of all monthly plan payments to the Chapter 13 Trustee, either in whole or in
part, until such time as the automatic paycheck withdrawals by the employer or other
automatic attachments such as automatic bank transfers or welfare checks begin.  The
first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.
Any failure to timely remit full Plan payments to the Trustee may result in the dismissal
of the case after notice and hearing.  Employers and others who fail to withhold funds
and pay them over to the Trustee as ordered herein may be subject to sanctions
including damages to the debtor(s) and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Andrew C. Eliason
Marcy J. Eliason
    Debtors

Case No. 15-11097-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Aug 25, 2016
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2016.
db/jdb        +Andrew C. Eliason,    Marcy J. Eliason,    5250 Clemens Rd,    Waterford, PA 16441-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2016 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
        agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Jeffrey G. Herman    on behalf of Debtor Andrew C. Eliason JeffreyHerman@Live.com,
        sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com
       Jeffrey G. Herman    on behalf of Joint Debtor Marcy J. Eliason JeffreyHerman@Live.com,
        sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                        TOTAL: 5