**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Andrew C. Eliason and Marcy J. Eliason<br>    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 15-11097 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1971

        Respectfully submitted,


        **/s/ James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        jwarmbrodt@kmllawgroup.com
        Attorney I.D. No. 42524
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        Phone: 215-825-6306
        Fax: 215-825-6406
        Attorney for Movant/Applicant