IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 15-11097TPA |
| | : | |
| ANDREW C. ELIASON | : | CHAPTER 13 |
| MARCY J. ELIASON | : | |
|        Debtors | : | DOCUMENT NO. ____ |
| _____ | : | |
| | : | |
| ANDREW C. ELIASON | : | |
| MARCY J. ELIASON | : | |
|        RESPONDENTS | : | |
| | : | |

**DECLARATION**
**RE:  ORDER ON NOTICE OF MORTGAGE PAYMENT CHANGE**

Your Debtors, by and through counsel, HERMAN & HERMAN, LLC, file the within Declaration regarding the Chapter 13 Plan payment averring in support thereof as follows:

1. After a review of the December 27, 2016 Order on the Notice of Mortgage Payment Change, the Notice of Mortgage Payment Change and the current Chapter13 Plan;

2. It appears to the undersigned that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Respectfully Submitted,

DATED:  January 3, 2017

S\:     Jeffrey G. Herman_____
Jeffrey G. Herman, Esq. PA LIC #82001
HERMAN & HERMAN, LLC
114 High Street PO Box 455
Waterford, PA 16441
PHONE  (814) 796-1987
FAX  (814) 796-0726
E-MAIL  JeffreyHerman@Live.com