IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ANDREW C. ELIASON | : | CASE NO: 15-11097 -TPA |
| | MARCY J. ELIASON | : | |
| | Debtors | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | | : | DOCUMENT NO. |
| | ANDREW C. ELIASON | : | |
| | MARCY J. ELIASON | : | |
| | Movants | : | |
| | | : | |
| | vs. | : | |
| | | : | |
| | Ronda J. Winnecour, Esquire, | : | |
| | Chapter 13 Trustee, | : | |
| | | : | |
| | Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's **DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE** filed on January 8, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE** appears thereon.

    Pursuant to the Notice of Hearing, objections to the **DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE** were to be filed and served no later than **January 25, 2018**

    It is hereby respectfully requested that the Order attached to the **DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE** be entered by the court.

Respectfully Submitted,

S\:     Jeffrey G. Herman
Jeffrey G. Herman, Esq. PA LIC #82001
HERMAN & HERMAN, LLC
114 High Street
Waterford, PA 16441
PHONE  (814) 796-1987
FAX  (814) 796-0726
E-MAIL  JeffreyHerman@Live.com