Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Andrew C. Eliason** | : | Case No. 15−11097−TPA |
| **Marcy J. Eliason** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 30th of January, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

*[Signature]*
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                               United States Bankruptcy Court
                               Western District of Pennsylvania
In re:                                                                  Case No. 15-11097-TPA
Andrew C. Eliason                                                       Chapter 13
Marcy J. Eliason
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-1           User: vson                   Page 1 of 2                  Date Rcvd: Jan 30, 2018
                               Form ID: 309                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db/jdb         +Andrew C. Eliason,    Marcy J. Eliason,    5250 Clemens Rd,    Waterford, PA 16441-2010
14121939      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court:    Collection Service Cen,    Attn:Collection Center,    Po Box 14931,
                 Pittsburgh, PA 15234)
14121937        Cci,   Contract Callers I,    Augusta, GA 30901
14121940       +Continental Credit Ctr,    Po Box 30348,   Santa Barbara, CA 93130-0348
14121941       +Creditech/Cbalv,    Attn:Collections,    Po Box 99,    Bangor, PA 18013-0099
14121942       +Elissa M. Eliason,    6190 Dewey Road,    Madison, OH 44057-9409
14121943       +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14121946       +KML Law Group, PC,    701 Market St - Suite 5000,    Philadelphia, PA 19106-1541
14121947       +PNC Bank, NA,    Attn: Bankruptcy Department,    3232 Newmark Dr.,    Miamisburg, OH 45342-5421
14192670       +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
                 Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14121948       +Saint Vincent Health Center,    232 W 25th Street,    Erie, PA 16544-0001
14121949       +Trident Asset Management,    Po Box 888424,   Atlanta, GA 30356-0424
14121950      #+Tsi/909,   Po Box 17205,    Wilmington, DE 19850-7205
14121952       +UPMC/Hamot Hospital,    201 State Street,   Erie, PA 16550-0001
14167077       +Upmc Community Medicine,    6681 Country Club Drive,    Golden Valley MN 55427-4601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Jan 31 2018 01:38:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,   Miami, FL 33131-1605
14121936        E-mail/Text: susan@aeifinance.com Jan 31 2018 01:45:35
                 American Enterprises International, Inc.,     American Enterprises International, Inc.,
                 Po Box 610,    Germantown, WI 53022
14121935       +EDI: AFNIRECOVERY.COM Jan 31 2018 01:38:00      Afni,    Attention: Bankruptcy,
                 1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
14121938       +EDI: ESCALLATE.COM Jan 31 2018 01:38:00      Cds/Escallate LLC,    Attn:Bankruptcy,
                 5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14121944       +EDI: CONVERGENT.COM Jan 31 2018 01:38:00      ER Solutions/Convergent Outsourcing, INC,
                 Po Box 9004,    Renton, WA 98057-9004
14121945       +EDI: IIC9.COM Jan 31 2018 01:38:00      IC System,    Attn: Bankruptcy,
                 444 Highway 96 East, Po Box 64378,    St. Paul, MN 55164-0378
14121933       +EDI: IRS.COM Jan 31 2018 01:38:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14162423       +E-mail/Text: Bankruptcy@natfuel.com Jan 31 2018 01:45:26       National Fuel,    Legal Dept.,
                 P.O. Box 2081,    Erie, PA 16512-2081
14164591        EDI: RECOVERYCORP.COM Jan 31 2018 01:38:00      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14121934       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:45:16
                 Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0001
14122956        EDI: RECOVERYCORP.COM Jan 31 2018 01:38:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14135105       +EDI: BASSASSOC.COM Jan 31 2018 01:38:00      United Consumer Financial Services,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
14121951       +E-mail/Text: EBankruptcy@UCFS.NET Jan 31 2018 01:45:56       United Consumer Financial Services,
                 865 Bassett Rd,    Westlake, OH 44145-1194
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Bank, National Association
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-1              User: vson                    Page 2 of 2                   Date Rcvd: Jan 30, 2018
                                  Form ID: 309                  Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Jeffrey G. Herman    on behalf of Debtor Andrew C. Eliason JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Jeffrey G. Herman    on behalf of Joint Debtor Marcy J. Eliason JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```