**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ANDREW C. ELIASON
    MARCY J. ELIASON
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-11097 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/15/2015 and confirmed on 12/15/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,947.65 |
| Less Refunds to Debtor | 1,088.77 | |
| TOTAL AMOUNT OF PLAN FUND | | 48,858.88 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,400.00 | |
|   Trustee Fee | 2,072.88 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,472.88 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 34,153.33 | 0.00 | 34,153.33 |
|     Acct: 1971 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1971 | | | | |
|   PNC BANK NA | 43,968.89 | 8,232.67 | 0.00 | 8,232.67 |
|     Acct: 1971 | | | | |
|   UNITED CONSUMER FINANCIAL SERV | 253.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 2453 | | | | |
|   AMERICAN ENTERPRISES INTERNATIONAL | 1,397.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 4450 | | | | |
| | | | | 42,386.00 |
| **Priority** | | | | |
|   JEFFREY G HERMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW C. ELIASON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW C. ELIASON | 1,088.77 | 1,088.77 | 0.00 | 0.00 |
|     Acct: | | | | |

| 15-11097 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| HERMAN & HERMAN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY G HERMAN ESQ | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY G HERMAN ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6616 | | | | |
| AMERICAN ENTERPRISES INTERNATIONAL | 136.70 | 0.00 | 0.00 | 0.00 |
| Acct: 4450 | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 1,040.14 | 0.00 | 0.00 | 0.00 |
| Acct: 4552 | | | | |
| ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2009 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8JAO | | | | |
| CONTINENTAL CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9231 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5918 | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7053 | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9390 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1002 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| SAINT VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0982 | | | | |
| ORION PORTFOLIO SERVICES LLC++ | 85.65 | 0.00 | 0.00 | 0.00 |
| Acct: 6767 | | | | |
| TSI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7526 | | | | |
| UNITED CONSUMER FINANCIAL SERV | 791.24 | 0.00 | 0.00 | 0.00 |
| Acct: 2453 | | | | |
| HAMOT MEDICAL CENTER\* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ORION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                                                    42,386.00

```
TOTAL CLAIMED
  PRIORITY                    0.00
  SECURED                45,620.19
  UNSECURED               2,053.73
```

Date: 03/12/2018                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com